# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Anthony I. Clagon ) | Case No. 1:25-mj- 28-01-AJ |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 11, 2024 in the county of Hillsborough in the District of New Hampshire, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See Attached

☑ Continued on the attached sheet.

/s/ Patrick Dawley, SA ATF
*Complainant's signature*

Patrick Dawley, SA ATF
*Printed name and title*

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim P. 4.1 and affirmed under oath the content of this complaint and affidavit.

Date: **Feb 14, 2025**

*Judge's signature*

City and state: Concord, New Hampshire      Andrea K. Johnstone, US Magistrate Judge
*Printed name and title*

Print   Save As...   Attach   Reset